**UNITED STATES of America,**
**Appellee,**

v.

**Michael CURRY, Appellant.**

No. 03–1801.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 26, 2003.

Decided Jan. 9, 2004.

Matthew T. Schelp, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

Michael Curry, pro se, Lexington, KY, for Defendant–Appellant.

Before RILEY, MCMILLIAN, and SMITH, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Michael Curry (Curry) challenges as excessive the 9–month prison sentence the district court[1] imposed following revocation of Curry's supervised release. Having carefully reviewed the record, we conclude that Curry's revocation sentence is well below the maximum imprisonment term authorized by statute, is within the range recommended by the Sentencing Guidelines policy statements, and is not an abuse of discretion. *See United States v. Grimes,* 54 F.3d 489, 492 (8th Cir.1995) (standard of review).

Accordingly, we affirm. We also grant counsel's motion to withdraw.

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the

Eastern District of Missouri.